## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIM NO. H-09-424-01** |
| | § | |
| **JOHN NASKY OKONKWO** | § | **JUDGE NANCY F. ATLAS** |

---

### ORDER

---

On this day came on to be heard the parties' Joint Consent to Transfer Case for Plea and Sentencing (Under Rule 20), and the Court having heard and considered the same, it is hereby,

ORDERED that said Joint Consent to Transfer Case for Plea and Sentencing (Under Rule 20) be and hereby is, in all things, **GRANTED**.

DONE and SIGNED this 4th day of May, 2010.

Nancy F. Atlas
United States District Judge